UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE
"IN ADMIRALTY"

CASE NUMBER: 08-CIV-00032-JM

PROVIDENT BANK,

    Plaintiff,

vs.

HEIDI A. STANVICK *in personam* and MARK J. STANVICK *in personam*,

    Defendants.
_____/

## FINAL DEFAULT JUDGMENT AGAINST DEFENDANTS AND FOR REPLEVIN OF THE S/V VERVE

THIS CAUSE having come before the Court upon Plaintiff's Motion For Final Default Judgment and Judgment and Order of Replevin against Defendants, HEIDI A. STANVICK and MARK J. STANVICK. A hearing was held on May 29, 2008 and the Court, having received evidence and reviewed the pleadings and the affidavits before the Court, and reviewed and considered the circumstances set forth in Plaintiff's Motion, the legal authorities set forth in the accompanying Memorandum of Law and being fully advised in the premises, it is therefore,

ORDERED AND ADJUDGED that Plaintiff's Motion for Final Default Judgment is GRANTED. Final Judgment is entered against Defendants, HEIDI A. STANVICK and MARK J. STANVICK jointly and severally in the amount of $415,008.85 For which let execution immediately issue.

IT IS FURTHER ORDERED AND ADJUDGED that the Motion for Judgment and Order of Replevin is GRANTED. Judgement is hereby Granted in favor of Plaintiff Provident Bank for Replevin of the S/V VERVE and granting full legal title to the SV VERVE to Provident Bank. Provident Bank may sell the vessel at a non judicial sale and if sold shall apply the net proceeds of

sale to the outstanding judgment principle and post judgment interest. "Net proceeds" to mean all residual funds from the sale after deduction of all costs associated with the sale, including storage costs, recovery and delivery costs, advertising, sales and listing commissions, repair costs, and any other cost normally associated with a vessel relocation and sale.

IT IS FURTHER ORDERED AND ADJUDGED that Defendants are directed to return the S/V VERVE to Provident Bank within 30-days of entry of this Judgment and Order of Replevin and to immediately disclose the location of the vessel.

The Final Judgment and Judgment of Replevin is to bear interest at the legal rate until satisfied in full for which let execution immediately issue.

DONE and ORDERED in Concord New Hampshire, this 29th day of May 2008.

HONORABLE JAMES R. MUIRHEAD
UNITED STATES MAGISTRATE JUDGE

Matthew J. Valcourt, Esquire
FOWLER WHITE BURNETT P.A.
1395 Brickell Avenue 14th Floor
Miami, Florida 33131-3302
and
John H. Brady, Esquire
NH Bar No:13995
BRADY AND CALLAHAN P.A.
56 Main Street Suite 303
Springfield VT 05156
Attorneys for Provident Bank

Heidi Stanvick and Mark Stanvick
65 Little Harbor Road
New Castle NH 03854
and
C/O Vervacious LLC
1500 Lafayette Rd # 392
Portsmouth, N H, 03801